DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ULISES AGUIRRE,<br><br>　　　　　　　　Defendant. | 2:92-cr-00267-GMN-PAL<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

　　　The United States of America, by and through the undersigned attorneys, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed October 21, 1992 (*See* Docket #1) against defendant Ulises Aguirre.

　　　On November 23, 2015, the United States was provided a certified copy of Aguirre's death certificate from the Country of Mexico. Accordingly, the United States respectfully requests that the Criminal Indictment (Doc. #1) against defendant Ulises …

Aguirre, be dismissed and the case against the same be closed.

DATED: November 28, 2016.

                                              Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              _____//s//_____
                                              CRISTINA D. SILVA
                                              Assistant United States Attorney

## ORDER

**It is so ordered.**

Dated this  30  day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge